UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANNETT AND LEVI ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>Defendants. | No. 4:12-cv-01952-SNLJ<br>No. 4:12-cv-02049-SNLJ |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned attorneys for Plaintiffs Janett and Levi Anderson and Defendants Morton Grove Pharmaceuticals, Inc. and Wockhardt USA, LLC, that pursuant to F.R.C.P. 41(a)(1)(A)(ii), the above-captioned action shall be dismissed without prejudice as to Defendants Morton Grove Pharmaceuticals, Inc. and Wockhardt USA, LLC, only.

IT IS FURTHER STIPULATED that each party shall bear its own costs and fees.

By: /s/ Jacob A. Flint
CAREY, DANIS & LOWE
Jeffrey J. Lowe, #35114MO
Jacob A. Flint, #60740MO
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
Phone: (314) 678-3400
Fax: (314) 678-3401

*Counsel for Plaintiffs*
Dated: 1/14/2013

By: /s/ William Irwin
SEGAL McCAMBRIDGE SINGER &
  MAHONEY, LTD.
William Irwin, #6294340IL
233 S. Wacker Dr. Suite 5500
Chicago, IL 60606
Phone: (312) 645-7809
Fax: (312) 645-7711

*Counsel for Morton Grove Pharmaceuticals, Inc. and Wockhardt USA, LLC*
Dated: 1/14/2013

HEPLERBROOM LLC

/s/ Beth A. Bauer
Gerard T. Noce, #27636 MO
Larry E. Hepler, #21753 MO
Beth A. Bauer, #49981 MO
Jason D. Johnson, #58209 MO
211 N. Broadway, Suite 2700
St. Louis, MO 63102
Telephone: (314) 241-6160
Facsimile: (314) 241-6116
bab@heplerbroom.com
*Counsel for Defendants, Wyeth LLC (formerly Wyeth, Inc.), Wyeth Pharmaceuticals Inc., Pfizer Inc., Schwarz Pharma, Inc. (n/k/a UCB, Inc.) and Alaven Pharmaceutical LLC*
Dated: 1/14/2013


HOAGLAND, FITZGERALD & PRANAITIS

/s/ Scott D. Bjorseth
Scott D. Bjorseth, #41472MO
401 Market Street
P.O. Box 130
Alton, IL 620002
Telephone: (618) 465-7745
Facsimile: (618) 465-3744
scottb@il-mo-lawfirm.com
*Counsel for Defendant, BAXTER HEALTHCARE CORPORATION*
Dated: 1/14/2013


SANDBERG PHOENIX & VONGONTARD P.C.

/s/ Natalie J. Kussart
Natalie J. Kussart
600 Washington Ave. – 15th Floor
St. Louis, MO 63101-1313
Phone: 314/231/3332
nkussart@sandbergphoenix.com

2

Richard A. Oetheimer
Jonathan I. Price
Jennifer Kennedy Gellie
Goodwin Procter, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Phone: 212/813-8800
roetheimer@goodwinprocter.com
jprice@goodwinprocter.com
jgellie@goodwinprocter.com
***Counsel for Defendant, TEVA PHARMACEUTICALS USA, INC.***

*Dated: 1/14/2013*


STINSON MORRISON HECKER LLP

/s/ Sandra Wunderlich
Sandra J. Wunderlich, #39019MO
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
Email: swunderlich@stinson.com
***Counsel for Defendants, PLIVA, Inc., Barr Laboratories, Inc., Barr Pharmaceuticals, LLC and Watson Laboratories, Inc.***
*Dated: 1/14/2013*

3

## Certificate of Service

The undersigned hereby certifies that the foregoing has been filed using the Court's CM/ECF filing system, which will also serve the parties of record, this 18th day of January, 2013.

/s/ Jacob A. Flint

SO ORDERED this 22nd day of January, 2013.

*[signature]*

**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**

4